**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION**

| | |
|---|---|
| **JILL MERRIAM**, individually and on behalf of all others similarly situated,<br><br>*Plaintiff*,<br><br>v.<br><br>**DOMINION CAPITAL MORTGAGE INC.**, a Virginia corporation,<br><br>*Defendant.* | CASE NO. 3:17-CV-00107-JAG<br><br><br>**STIPULATION OF DISMISSAL** |

NOW COME, Plaintiff Jill Merriam ("Plaintiff") and Defendant Dominion Capital Mortgage, Inc. ("Defendant") (collectively the "Parties"), by and through their respective attorneys and pursuant to Federal Rule of Civil Procedure 41(a), and hereby stipulate and agree to the voluntary dismissal of Plaintiff's individual claims against Defendant with prejudice, and with each party bearing its own costs and attorneys' fees. Plaintiff's class claims are dismissed without prejudice, and with each party bearing its own costs and attorneys' fees. This stipulation dismissal disposes of the entire action.

Respectfully submitted,

s/ Francis J. Driscoll, Jr.
Steven L. Woodrow
swoodrow@woodrowpeluso.com
Patrick H. Peluso
ppeluso@woodrowpeluso.com
Woodrow & Peluso LLC
3900 East Mexico Ave., Ste. 300
Denver, Colorado 80210

s/ David M. Gettings
David Michael Gettings
Troutman Sanders LLP
222 Central Park Ave, Suite 2000
Virginia Beach, VA 23462
757-687-7747
david.gettings@troutmansanders.com
*Attorneys for Defendant*

**Francis John Driscoll , Jr.**
Law Office of Frank J Driscoll Jr PLLC
4669 South Boulevard
Suite 107
Virginia Beach, VA 23452
(757) 321-0054
frank@driscolllawoffice.com
*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I certify that on August 2, 2017, I filed this document with the Clerk of Court using CM/ECF, which will serve this document on all counsel of record.

s/ Patrick H. Peluso

32056914